**WILLIAM J. LEBERMAN**
Attorney at Law

One Lincoln Center, Suite 1110
110 West Fayette Street
Syracuse, NY 13202
wleberman@lebermanlaw.com

(Phone)  (315) 478-1334
(Fax)    (315) 424-1011

RECEIVED
JAN 26 2018
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

FILED
JAN 26 2018
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

January 25, 2018

Clerk, U.S. Bankruptcy Court
Northern District of New York
100 S. Clinton Street
Room 315
Syracuse, NY 13261

RE:  WILLIAM W. SANDERSON; CASE No. 08-30356

Dear Sir or Madam:

Enclosed is my Check No. 112 payable to you in the sum of $8,538.28. Said monies represent final distribution to the debtor as surplus funds in the case. We attempted to distribute these funds to the debtor but he had moved from his address of record. Although we performed numerous internet searches, we were not able to locate him. His attorney of record was also not able to locate him.

Should you have any questions in this regard, please do not hesitate to contact me.

Yours truly,

*William J. Leberman*

William J. Leberman
Chapter 7 Trustee

WJL/kb
Enclosure



**Sanderson; 08-30356**
Karen Barber    to: Lisa_Cardinal

01/26/2018 01:35 PM

From: "Karen Barber" <kbarber@lebermanlaw.com>
To: <Lisa_Cardinal@nynb.uscourts.gov>

1 attachment



20180126134014226.pdf

Hi Lisa:

We initially mailed the check to Mr. Sanderson at his address of record on his petition which was 290 Watertree Dr, East Syracuse, NY 13057; that mailing was returned to us with "unable to forward" sticker. At that point, I did an internet search and found an address of 916 State Fair Blvd, Apt. 118, Syracuse, NY 13209 – we sent a letter to that address asking him to contact us regarding his case. That was returned with a forwarding address of 3877 Milton Ave, Apt 314, Camillus, NY 13031. We sent another letter to that address and asked him to contact us. That letter was not returned to us nor did we receive any contact from the debtor. We then sent the check to the debtor's attorney, Stewart Weisman and requested that he try to locate him and forward the check. He was unable to do so and returned the check to us this past week. Although I did internet searches, I was unable to locate any other reliable information; I did check the property record for his address of record (Watertree Drive) and discovered it was sold sometime after his case was commenced. I also did an obituary search but could not locate anything that appeared to match Mr. Sanderson. I have attached copies of our letters and the envelopes returned to us for your record as well.

Karen A. Barber, Paralegal
Law Office of William J. Leberman
110 W. Fayette Street, Suite 1110
Syracuse, NY 13202
Phone: (315) 478-1334
Fax: (315) 424-1011

NOTICE: This electronic message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of its intended recipient and may contain information that is privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.